

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Elisha Linville, Appellant

No. 06-16-00055-CR         v.

The State of Texas, Appellee

Appeal from the 66th District Court of Hill County, Texas (Tr. Ct. No. 39,010). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the entry under the "Terms of Plea Bargain" section. As modified, we affirm the judgment.

We note that the appellant, Elisha Linville, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 18, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk